JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, SUITE A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:16-cv-7741 GW (MRWx) |
|---|---|
| Plaintiff, | |
| vs. | |
| MI H. TEEL, AKA MI HWA TEEL, | DEFAULT JUDGMENT BY CLERK |
| Defendant | |

In the above-entitled action, the Clerk of this Court entered a default against Defendant Mi H. Teel, aka Mi Hwa Teel for failure to respond or appear, satisfying the requirements of Rule 55.

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant, Mi H. Teel, aka Mi Hwa Teel the sum of $2,128.80 in principal, $2,687.35 in accrued pre-judgment interest through January 9, 2017, with interest accruing from January 9, 2017, at 8% annually until entry of judgment, plus $480.50 as costs and $412.88 for attorney fee, pursuant to Central District Local Rule 55.4, for a total of **$5,709.53**.

///

This Judgment is to accrue interest at the legal rate from the date of entry until paid.

|   |   |
|---|---|
| 1 | |
| 2 | Kiry K. Gray<br>Clerk of the Court<br>United States District Court |
| 3 | |
| 4 | DATED: 1/10/2017      By: *Margo Mead* |
| 5 | Margo Mead, Deputy Clerk |

